**JUDGE HOLWELL**

John M. Toriello
Marc L. Antonecchia
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200

Attorneys for Plaintiff
EAST Trust – Sub 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EAST TRUST – SUB 12,

                Plaintiff,

- against -

AVOLAR AEROLINEAS, S.A. DE C.V.,

                Defendant.

08 Civ. _____ ( ) ( )

08 CIV 5698

---

## RULE 7.1 CERTIFICATE OF CORPORATE DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, EAST Trust – Sub 12 ("EAST Trust"), certifies that EAST Trust has no parent corporation and there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Dated:    New York, New York
            June 24, 2008

                              Respectfully submitted,
                              HOLLAND & KNIGHT LLP

By:   */s/ John M. Toriello*
                              John M. Toriello
                              Marc L. Antonecchia
                              195 Broadway
                              New York, New York 10007
                              (212) 513-3200

                              Attorneys for Plaintiff
                              EAST Trust – Sub 12

\# 5410626_v1