John M. Toriello
Marc L. Antonecchia
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200
*Attorneys for Plaintiff EAST Trust – Sub 12*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EAST TRUST – SUB 12,

                        Plaintiff,

- against -

AVOLAR AEROLINEAS, S.A., DE C.V.,

                        Defendant.
_____

08 Civ. 5698 (RJH)

**CERTIFICATE OF SERVICE**

I, MARC L. ANTONECCHIA, hereby certify, pursuant to Title 28 U.S.C. §1746, as follows:

1. On June 25, 2008, I served a copy of the following documents:

    (a) Summons in a Civil Action;
    (b) Complaint;
    (c) Civil Cover Sheet;
    (d) Rule 7.1 Certificate of Corporate Disclosure;
    (e) Order to Show Cause With Temporary Restraints;
    (f) Declaration of Arturo Sort de Sanz in Support of Plaintiff's Application For a Temporary Restraining Order and a Preliminary Injunction;
    (g) Declaration of Brian DiSanto in Support of Plaintiff's Application For a Temporary Restraining Order and a Preliminary Injunction and the exhibits annexed thereto;
    (h) Memorandum of Law in Support of Plaintiff's Application For a Temporary Restraining Order and a Preliminary Injunction;

upon the following via electronic mail addressed to afernandez@avolar.com.mx:

    Antonio Fernandez Palazuelos
    Avolar Aerolineas, S.A., de C.V.

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:  Jane 30, 2008.

                                                         Marc L. Antonecchia

# 5438721_v1