John M. Toriello
Marc L. Antonecchia
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200
*Attorneys for Plaintiff EAST Trust – Sub 12*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EAST TRUST – SUB 12,

                                        Plaintiff,

              - against -

AVOLAR AEROLINEAS, S.A., DE C.V.,

                                        Defendant.

---

08 Civ. 5698 (Holwell)

**CERTIFICATE OF SERVICE**

I, ELVIN RAMOS, hereby certify, pursuant to Title 28 U.S.C.§1746, as follows:

1.      On June 25, 2008, I served a copy of the following documents:

  (a)   Summons in a Civil Action;
  (b)   Complaint;
  (c)   Civil Cover Sheet;
  (d)   Rule 7.1 Certificate of corporate Disclosure;
  (e)   Order to Show Cause With Temporary Restraint;
  (f)   Declaration of Arturo Sort DeSanz in Support of Plaintiff's Application
        For a Temporary Restraining Order and a Preliminary Injunction;
  (g)   Declaration of Drian SiSanto in Support of Plaintiff's Application
        For a Temporary Restraining Order and a Preliminary Injunction and the
        exhibits annexed thereto;
  (h)   Memorandum of Law in Support of Plaintiff's Application
        For a Temporary Restraining Order and a Preliminary Injunction;

upon the following via Federal Express International Priority mail delivery (receipt attached):

Avolar Aerolineas, S.A., DE C.V.
Goldsmith 39-101
Polanco Chapultepec
11560, Mexico, D.F.
Mexcico

2.    In addition, on June 26, 2008, I served the above-referenced documents upon the following via Federal Express International Priority mail delivery (receipt attached):

Antonio Fernandez Palazuelos and/or
Jose Antonia Fernandez Rousselon
Avolar Aerolineas, S.A., DE C.V.
Blvd. Independencia 1721 Psio 1
Local B. Zona Rio 22320
Tijuana B.C.

Antonio Fernandez Palazuelos and/or
Jose Antonia Fernandez Rousselon
Avolar Aerolineas, S.A., DE C.V.
Carretera Al Aeropuerto S/N
Col. Mesa De Otay
Hanger Avolar, C.P. 22300
Tijuana B.C.

3.    Further, on June 27, 2008, I served the above-referenced documents upon the following via Federal Express International Priority mail delivery (receipt attached):

CT Corporation
111 Eighth Ave., 13th Floor
New York, NY 10011

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Jane 30, 2008.

Elvin Ramos



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 26, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **830251368245**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 38 GOLDSMIT 101 |
| | | | 11560 MEXICO 11560 |
| **Signed for by:** | S.SOCORRO | **Delivery date:** | Jun 26, 2008 13:53 |
| **Service type:** | Priority Pak | | |



---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 830251368245 | **Ship date:** | Jun 25, 2008 |
| | | **Weight:** | 6.2 lbs. |

**Recipient:**
AVOLAR AEROLIVEAS
S.A.DE C.V
GOLDSMITH 38-101
POLANCO CHAPULICPEC
11560 MEXICO 11560 MX
**Reference**

**Shipper:**
HOLLAND & KNIGHT LLP
195 BROADWAY FL 24
195 BROADWAY FL 24
NEW YORK, NY 10007 US

111146-15

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**FedEx® Express** *International Air Waybill*
For all international shipments

109/500    18927368

**Not all services and options are available to all destinations.**

Sender's Copy

### 1 From  Please print and press hard

Date 06/26/08    Sender's FedEx Account Number 0100-5440-0

Sender's Name  E. Ramos    Phone 212 513-3200

Company  HOLLAND & KNIGHT

Address  195 BROADWAY FL 24

City  NEW YORK    State/Province  NY

Country  USA    ZIP/Postal Code  10007

### 2 Your Internal Billing Reference
First 24 characters will appear on invoice.

111146-00015

### 3 To
Recipient's Name  Jose Antonio Fernandez Rousselon
Antonio Fernandez Palazuelos    Phone

Company  Avolar Aerolineas, S.A. de C.V.

Address  Carretera al Aeropuerto S/N    Dept./Floor
Col. Mesa de Otay, Hangar Avolar CP

City  Tijuana    State/Province  B.C.

Country  Mexico    ZIP/Postal Code  22300

Recipient's Tax I.D. number for Customs purposes
e.g., GST/RFC/VAT/IN/EIN, or as locally required

### 4 Shipment Information
For EU Only: Tick here if goods are not in free circulation and provide C.I.    ALL shipments can be subject to Customs charges.†

Total Packages
Shipper's Load and Count/SLAC  1    Total Weight _____ lbs. ☐ kg ☐    DIM  L / W / H  in. ☐ cm ☐

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| legal documents | | | -0- |

For U.S. Export Only: Check One
☐ No SED required per Exemption    ☐ No SED required, value $2500 or less per Schedule B Commodity number    Total Declared Value for Carriage _____    Total Value for Customs (Specify Currency) _____

☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

### 5 Express Package Service
Packages up to 150 lbs. / 68 kg
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

☒ FedEx Intl. Priority    ☐ FedEx Intl. First  Available to select locations  Higher rates apply.

☐ FedEx Intl. Economy  FedEx Envelope and FedEx Pak rate not available    ☐ FedEx Intl. Extra Hours  NEW  Available for select locations

### 6 Packaging
☐ FedEx Envelope    ☐ FedEx Pak    ☐ Other Pkg.  Includes FedEx Box, FedEx Tube, and customer pkg.    ☐ FedEx 10kg Box    ☐ FedEx 25kg Box
These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority and FedEx Intl. Extra Hours only.

### 7 Special Handling
☐ HOLD at FedEx Location    ☐ SATURDAY Delivery  Available to select locations  Available for FedEx Intl. Priority only

Shipper must check / tick:
☐ This shipment does not contain Dangerous Goods.
Dangerous Goods cannot be shipped using this Air Waybill.

### 8a Payment  Bill transportation charges to:
☒ Sender  Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party    ☐ Credit Card    ☐ Cash Check/Cheque
Enter FedEx Acct. No. or Credit Card No. below.
FedEx Use Only

FedEx Acct. No. _____
Credit Card No. _____
Credit Card Exp. Date _____

### 8b Payment  Bill duties and taxes to:    †FedEx cannot estimate Customs charges.
☒ Sender  Acct. No. in Section 1 will be billed.    ☐ Recipient    ☐ Third Party
Enter FedEx Acct. No. below.
FedEx Acct. No. _____

### 9 Required Signature
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract.
WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature _____    Date Executed 6/26/08
This is not authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8302 5136 8110    Form I.D. No.  0402

412

PART 155924•Rev. Date 10/00
©1994–2000 FedEx
PRINTED IN U.S.A.

01 SRC

### Questions?
Visit our Web site at fedex.com
or
In the U.S., call (800)247-4747
Outside the U.S., call your local FedEx office

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2000 Federal Express Corporation

PACKAGE LABEL    COMMERCIAL INVOICE LABEL    DELIVERY RECORD LABEL    DELIVERY REATTEMPT LABEL

8302513681110

RETAIN THIS COPY FOR YOUR RECORDS

RETAIN THIS COPY FOR YOUR RECORDS

01 SRC

412

PART 155924•Rev. Date 10/00
©1994–2000 FedEx
PRINTED IN U.S.A.

0402

Sender's Copy

# FedEx
## Express
### International Air Waybill
For all international shipments

110/600    LA72734

**1 From** Please print and press hard.

Date 06/06/08

Sender's Name  E. Ramos

Sender's FedEx Account Number  0100-5440-0

Phone  212 513-3200

Company  HOLLAND & KNIGHT

Address  195 BROADWAY FL 24

City  NEW YORK    State/Province  NY

Country  USA    ZIP/Postal Code  10007

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.
111146-00015

**3 To**

Recipient's Name  Jose Antonio Fernandez Rousseton
Antonio Fernandez Plazuelos

Company  Aiolar Aerolineas S.A. de C.V.

Address  Blvd Independencia 1721 Piso 1
Local B Zona Rio 22320    Dept./Floor

City  Tijuana    State/Province  BC

Country  Mexico    ZIP/Postal Code

Recipient's Tax I.D. number for Customs purposes
e.g., GST/RFC/VAT/EIN, or as locally required

**4 Shipment Information**

Total Packages  1    Total Weight ____ lbs. ☐ kg

For EU Only: Tick here if goods are not in free circulation and provide C.I. ☐

DIM ____ L / ____ W / ____ H ☐ in. ☐ cm

ALL shipments can be subject to Customs charges.

| Commodity Description REQUIRED | Harmonized Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| Legal documents | | | 62 |

For U.S. Export Only: Check One
☐ No SED required per Exemption ____
☐ No SED required value $2500 or less per Schedule B Commodity number
☐ SED attached (provide export license no. and exp. date or license exception symbol, w/ECCN if applicable)

Total Declared Value for Carriage ____    Total Value for Customs (Specify Currency) ____

**5 Express Package Service**
Not all services and options are available to all destinations.

☑ FedEx Intl. Priority
☐ FedEx Intl. First Available to select locations. Higher rates apply.
☐ FedEx Intl. Economy FedEx Envelope and FedEx Pak rate not available

**Packages up to 150 lbs. / 68 kg**
For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.

**NEW** ☐ FedEx Intl. Extra Hours Available for select locations

**6 Packaging**
These unique brown boxes with special pricing are provided by FedEx for FedEx Intl. Priority and FedEx Intl. Extra Hours only.
☐ FedEx Envelope  ☐ FedEx Pak  ☐ Other Pkg. Includes FedEx Box, FedEx Tube, and customer pkg.  ☐ FedEx 10kg Box  ☐ FedEx 25kg Box

**7 Special Handling**
☐ HOLD at FedEx Location
☐ SATURDAY Delivery Available to select locations. Available for FedEx Intl. Priority only.

**Shipper must check / tick:**
☐ This shipment does not contain Dangerous Goods.
Dangerous Goods cannot be shipped using this Air Waybill.

**8a Payment** Bill transportation charges to:
Enter FedEx Acct. No. or Credit Card No. below.
☑ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash ☐ Check/ Cheque
FedEx Use Only
FedEx Acct. No.
Credit Card No.
Credit Card Exp. Date

**8b Payment** Bill duties and taxes to:
Enter FedEx Acct. No. below.
☑ Sender Acct. No. in Section 1 will be billed.  ☐ Recipient  ☐ Third Party
FedEx Acct. No.

FedEx cannot estimate Customs charges.

**9 Required Signature**
Use of this Air Waybill constitutes your agreement to the Conditions of Contract on the back of this Air Waybill, and you represent that this shipment does not require a U.S. State Department License. Certain international treaties, including the Warsaw Convention, may apply to this shipment and limit our liability for damage, loss, or delay, as described in the Conditions of Contract. WARNING: These commodities, technology, or software were exported from the United States in accordance with Export Administration Regulations. Diversion contrary to U.S. law prohibited.

Sender's Signature  ____    Date Executed  6/6/08

This is not an authorization to deliver this shipment without a recipient signature.

For Completion Instructions, see back of fifth page.

FedEx Tracking Number  8302 5136 8120

Form I.D. No. ____

**Questions?**
Visit our Web site at fedex.com
or
In the U.S., call (800)247-4747
Outside the U.S., call your local FedEx office

The terms and conditions of service may vary from country to country. Consult our local office for specific information.
Non-Negotiable International Air Waybill • ©1994–2000 Federal Express Corporation

PACKAGE LABEL    COMMERCIAL INVOICE LABEL    DELIVERY RECORD LABEL    DELIVERY REATTEMPT LABEL

830251368120    8302513668120    8302513668120    8302513668120


Express

FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

June 30,2008

Dear Customer:

The following is the proof-of-delivery for tracking number **858128687836**.

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 111 8TH AVE 13 10011 |
| Signed for by: | J.CALLEGHAN | Delivery date: | Jun 30, 2008 09:18 |
| Service type: | Priority Pak | | |



---

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 858128687836 | Ship date: | Jun 27, 2008 |
| | | Weight: | 12.0 lbs. |

Recipient:
AVOLAR AEROLINEAS SA DE CV
C/O CT CORPORATION SYSTEM
111 8TH AVE 13
10011 US

Reference

Shipper:
ELVIN RAMOS
HOLLAND & KNIGHT LLP
195 BROADWAY FL 24
100073116 US

111146-00015

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339