John M. Toriello
Marc L. Antonecchia
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007
(212) 513-3200
*Attorneys for Plaintiff EAST Trust – Sub 12*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EAST TRUST – SUB 12,

                                 Plaintiff,

      - against -

AVOLAR AEROLINEAS, S.A., DE C.V.,

                                 Defendant.
_____

08 Civ. 5698 (Holwell)

**CERTIFICATE OF SERVICE**

I, Wallis Karpf, hereby certify, pursuant to Title 28 U.S.C. §1746, as follows:

    1.    On June 26, 2008, I served a copy of the following documents:

        (a)    Summons in a Civil Action;
        (b)    Complaint;
        (c)    Civil Cover Sheet;
        (d)    Rule 7.1 Certificate of corporate Disclosure;
        (e)    Order to Show Cause With Temporary Restraint;
        (f)    Declaration of Arturo Sort DeSanz in Support of Plaintiff's Application For a Temporary Restraining Order and a Preliminary Injunction;
        (g)    Declaration of Drian SiSanto in Support of Plaintiff's Application For a Temporary Restraining Order and a Preliminary Injunction and the exhibits annexed thereto;
        (h)    Memorandum of Law in Support of Plaintiff's Application For a Temporary Restraining Order and a Preliminary Injunction;

upon the following via U.S. Postal Service Express Mail delivery (receipt attached):

Avolar Aerolineas, S.A., DE C.V.
Goldsmith 39-101
Polanco Chapultepec
11560, Mexico, D.F.
Mexcico

Antonio Fernandez Palazuelos and/or
Jose Antonia Fernandez Rousselon
Avolar Aerolineas, S.A., DE C.V.
Blvd. Independencia 1721 Psio 1
Local B. Zona Rio 22320
Tijuana B.C.

Antonio Fernandez Palazuelos and/or
Jose Antonia Fernandez Rousselon
Avolar Aerolineas, S.A., DE C.V.
Carretera Al Aeropuerto S/N
Col. Mesa De Otay
Hanger Avolar, C.P. 22300
Tijuana B.C.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: Jane 30, 2008.

*Wallis Karpf*
Wallis Karpf

# EXPRESS MAIL
**UNITED STATES POSTAL SERVICE®**

## POST OFFICE TO ADDRESSEE

*ET341470126US*

**SEE REVERSE SIDE FOR SERVICE GUARANTEE AND INSURANCE COVERAGE LIMITS**

Customer Copy — Label 11-B  August 2000

### ORIGIN (POSTAL USE ONLY)

| PO ZIP Code | Day of Delivery | Flat Rate Envelope |
|---|---|---|
| 10007 | ☐ Next   ☐ Second | |
| Date In | Postage | |
| Mo. Day Year | ☐ 12 Noon   ☐ 3 PM | $ |
| Time In | Military | Return Receipt Fee |
| ☐ AM  ☐ PM | ☐ 2nd Day  ☐ 3rd Day | |
| Weight | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| lbs. ozs. | | |
| No Delivery | Acceptance Clerk Initials | Total Postage & Fees |
| ☐ Weekend  ☐ Holiday | | $ |

**WAIVER OF SIGNATURE** (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday _____ Customer Signature

### CUSTOMER USE ONLY

**METHOD OF PAYMENT**
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

**FROM:** (PLEASE PRINT)   PHONE ( 212 ) 513-3366

John M. Toriel
Holland & Knight LLP
195 Broadway
New York, NY 10007

**TO:** (PLEASE PRINT)   PHONE (    )

Avolar Aerolineas, S.A. de C.V.
Goldsmith 38-101
Polanco Chapultepec
11560, Mexico, D.F.
Mexico
ATTENTION: President

ZIP + 4

**FOR PICKUP OR TRACKING CALL 1-800-222-1811    www.usps.com    EMS**

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**POST OFFICE TO ADDRESSEE**

*ET3 4147 0112 US*

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND
INSURANCE COVERAGE LIMITS

Customer Copy

| ORIGIN (POSTAL USE ONLY) | | |
|---|---|---|
| PO ZIP Code 10007 | Day of Delivery ☐ Next ☐ Second | Flat Rate Envelope |
| Date In 26 08 Mo. Day Year | Postage $ | |
| Time In ☐ AM ☐ PM | ☐ 12 Noon ☐ 3 PM Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee |
| Weight lbs. ozs. | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials PB | Total Postage & Fees $ |

WAIVER OF SIGNATURE (Domestic Only)...

NO DELIVERY ☐ Weekend ☐ Holiday     Customer Signature

**CUSTOMER USE ONLY**
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)  PHONE ( 212 ) 513-3366

John M. Toriello
Holland & Knight LLP
195 Broadway
New York, NY 10007

TO: (PLEASE PRINT)  PHONE ( )

Antonio Fernandez Palazuelos and/or
Jose Antonio Fernandez Rousselon
Avolar Aerolineas, S.A., DE C.V.
Blvd. Independencia 1721 Piso 1
Local B. Zona Rio 22320
Tijuana B.C.

ZIP + 4

FOR PICKUP OR TRACKING CALL 1-800-222-1811   www.usps.com   EMS



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**POST OFFICE TO ADDRESSEE**

*ET341470109US*

SEE REVERSE SIDE FOR
SERVICE GUARANTEE AND
INSURANCE COVERAGE LIMITS

| ORIGIN (POSTAL USE ONLY) | | |
|---|---|---|
| PO ZIP Code | Day of Delivery ☐ Next ☐ Second | Flat Rate Envelope ☐ |
| Date In Mo. Day Year | 12 Noon ☐ 3 PM ☐ | Postage $ |
| Time In ☐ AM ☐ PM | Military ☐ 2nd Day ☐ 3rd Day | Return Receipt Fee |
| Weight lbs. ozs. | Int'l Alpha Country Code | COD Fee / Insurance Fee |
| No Delivery ☐ Weekend ☐ Holiday | Acceptance Clerk Initials | Total Postage & Fees $ |

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY ☐ Weekend ☐ Holiday

Customer Signature

**CUSTOMER USE ONLY**

METHOD OF PAYMENT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

FROM: (PLEASE PRINT)   PHONE ( 212 ) 513-3366

John M. Toriello
Holland & Knight LLP
195 Broadway
New York, NY 10007

TO: (PLEASE PRINT)   PHONE ( )

Antonio Fernandez Palazuelos and/or
Jose Antonio Fernandez Rousselon
Avolar Aerolineas, S.A., DE C.V.
Carretera al Aeropuerto S/N
Col. Mesa de Otay
Hanger Avolar, C.P. 22300
Tijuana, B.C.

ZIP + 4

FOR PICKUP OR TRACKING CALL 1-800-222-1811   www.usps.com   EMS